**ROUSH, F.**

v.

**ROUSH, F.**

**1697 WDA 2016**

Superior Court of Pennsylvania.

07/03/2017

2014–01078
(Cambria)

Affirmed

**ROSS, S.**

v.

**UNIVERSITY OF PENNSYLVANIA**

**1238 EDA 2016**

Superior Court of Pennsylvania.

07/06/2017
Reargument Denied 8/25/2017

Mat Term, 2015 No. 1225
(Philadelphia)

Affirmed

**COM.**

v.

**GROVE, B.**

**1934 MDA 2016**

Superior Court of Pennsylvania.

07/05/2017

CP–14–CR–0000873–2013 (Centre)

Remanded Jurisdiction Retained

**BLACKBURN, J.**

v.

**KING INVESTMENT GROUP, LLC**

**2409 EDA 2016**

Superior Court of Pennsylvania.

07/06/2017
Reargument Denied 9/11/2017

No. 2015–01295–CT
(Chester)

Affirmed